IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LINDA CUMMINGS**   **PLAINTIFF**

**V.**   **4:24CV00005 JM**

**DIAMOND TRANSPORTATION SYSTEM, INC.,**
**And JAMIE WILTON, JR.**   **DEFENDANTS**

## ORDER

Pursuant to the Plaintiff's Motion to Dismiss with Prejudice, the Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 16th day of April, 2024.

_____
James M. Moody Jr.
United States District Judge